UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

THOMAS J. OLSEN, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-

FIG & OLIVE INC.,

                Defendant.

------------------------------------x

ORDER

18 Civ. 1843 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
          May 17, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge